WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
KIRK T. MANHARDT
Director
MICHAEL J. QUINN, DC Bar #401376
Senior Litigation Counsel
**TIFFINEY F. CARNEY, DC Bar #1024568**
MICHAEL S. TYE, DC Bar #488101
Trial Attorneys
United States Department of Justice
Civil Division, Commercial Litigation Branch
Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tiffiney.Carney@usdoj.gov
*Attorneys for Plaintiff United States of America*

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:21-CV-00335-JR** |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL OF THE UNITED STATES' CLAIMS AGAINST DEFENDANTS** |
| **AQUATHERM GmbH, AQUATHERM L.P., AQUATHERM, INC., AETNA NA, L.C., HARRINGTON INDUSTRIAL PLASTICS LLC**, and **RIDGELINE MECHANICAL SALES LLC,** | |
| Defendants. | |

Plaintiff United States of America ("United States") and defendants Aquatherm GmbH,

Aquatherm, LP, Aquatherm, Inc., Aetna NA, LC ("Aquatherm Defendants"), Harrington

Industrial Plastics LLC ("Harrington"), and Ridgeline Mechanical Sales LLC ("Ridgeline")

(collectively, "the Parties"), having submitted their Joint Stipulation of Dismissal of the United States' Claims Against Defendants, and for good cause shown, the Court rules as follow:

IT IS ORDERED that:

1. The United States' claims against Aquatherm Defendants are dismissed with prejudice.

2. The United States' claims against Ridgeline are dismissed with prejudice.

3. The United States' claims against Harrington are dismissed with prejudice.

4. Each Party shall bear its own costs, expenses, and attorneys' fees incurred in this case.

DATED this 10th day of June, 2025.

/s/ Jolie A. Russo
JOLIE A. RUSSO
United States Magistrate Judge