Paul E. Sheely, OSB No. 003821
E-mail:  psheely@smithfreed.com
Mike J. Staskiews, OSB No. 075398
E-mail:  mstaskiews@smithfreed.com
SMITH FREED EBERHARD P.C.
111 SW Columbia Street, Suite 800
Portland, OR  97201
Telephone:  (503) 227-2424
Facsimile:  (503) 227-2535
Attorneys for Defendant
Harrington Industrial Plastics LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:21-cv-00335-JR |
| Plaintiff, | **ORDER OF DISMISSAL OF DEFENDANT HARRINGTON INDUSTRIAL PLASTICS, LLC'S CROSS-CLAIMS AGAINST DEFENDANTS** |
| vs. | |
| **AQUATHERM GmbH, AQUATHERM L.P., CLARK FAMILY HOLDINGS, L.C., AQUATHERM, INC., AETNA NA, L.C., HARRINGTON INDUSTRIAL PLASTICS LLC,** and **RIDGELINE MECHANICAL SALES LLC.** | |
| Defendants. | |

Defendant Harrington Industrial Plastics, LLC ("Harrington"), Plaintiff United States of America, defendants Aquatherm GmbH, Aquatherm, LP, Aquatherm, Inc., Aetna NA, LC ("Aquatherm Defendants"), and Ridgeline Mechanical Sales LLC ("Ridgeline") (collectively, "the Parties"), having submitted their Joint Stipulation of Dismissal of Harrington's Cross-Claims Against Defendants, and for good cause shown, the Court rules as follow:

/ / /

**ORDER OF DISMISSAL OF DEFENDANT HARRINGTON INDUSTRIAL PLASTICS, LLC'S CROSS- CLAIMS AGAINST DEFENDANTS** - Page 1      378i18

IT IS ORDERED THAT:

1. Harringtons' cross-claims against the Aquatherm Defendants are dismissed with prejudice.

2. Harringtons' cross-claims against Ridgeline are dismissed with prejudice.

3. Each Party shall bear its own costs, expenses, and attorneys' fees incurred in this case.

DATED this 17th day of June, 2025.


   /s/ Jolie A. Russo

JOLIE A. RUSSO

United States Magistrate Judge


**ORDER OF DISMISSAL OF DEFENDANT HARRINGTON INDUSTRIAL PLASTICS, LLC'S CROSS- CLAIMS AGAINST DEFENDANTS** - Page 1      378i18

SMITH FREED EBERHARD P.C.
111 S.W. Columbia Street, Suite 800
Portland, Oregon  97201
Telephone: (503) 227-2424
Facsimile:  (503) 227-2535